UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Douglas Arpert

                v.           :     Mag. No. 11-2506

LUIS VILLAFANE               :     ORDER FOR CONTINUANCE

        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Sarah M. Wolfe, Assistant U.S. Attorney,
appearing), and defendant Luis Villafane (Charles Waldron, Esq.,
appearing), for an order granting a continuance of the
proceedings in the above-captioned matter for a period of 30 days
to allow the parties to explore the possibility of negotiating a
plea agreement and thereby avoid any grand jury proceedings or
trial, and no continuance having previously been granted by the
Court, and the defendant being aware that the defendant has the
right to have the matter submitted to a grand jury within thirty
days of the date of the defendant's arrest, pursuant to Title 18,
United States Code, Section 3161(b), and the defendant having
consented to the continuance and waived such right, and for good
cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        (1)  The parties would like to explore the possibility
of negotiating a plea agreement, which would render any grand

jury proceedings and any subsequent trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __1st__ day of March, 2011,

ORDERED that this action be, and hereby is, continued for a period of 30 days from March 2, 2011 to April 1, 2011; and it is further

ORDERED that the period from March 2, 2011 through April 1, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS ARPERT
United States Magistrate Judge


Form and entry
consented to:

_____
SARAH M. WOLFE
Assistant U.S. Attorney

_____
Charles Waldron, Esq.
Counsel for defendant Luis Villafane

-2-