From: MARKOWITZ GRAVELLE LLP         16098963184         05/24/2011 14:03    #207 P.002/004

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Douglas Arpert

v. : Mag. No. 11-2506

LUIS VILLAFANE : ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant U.S. Attorney, appearing), and defendant Luis Villafane (Charles Waldron, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 45 days to permit continuity of defense counsel in light of defense counsel's calendar and personal obligations, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's initial appearance on the complaint, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and the parties having sought two prior continuances, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has signed a plea agreement and intends to plead guilty to an Information, and the parties plan shortly to schedule a guilty plea hearing;

From:MARKOWITZ GRAVELLE LLP          16098963184            05/24/2011 14:03    #207 P.003/004

(2) The defendant seeks continuity of defense counsel, and the defense counsel's calendar and personal obligations require additional time to schedule a guilty plea hearing;

(3) Defendant is currently incarcerated on separate charges and it will take approximately two weeks from date of the Attorney Special Request for him to be transported to the U.S. Courthouse in Trenton, New Jersey, for his guilty plea hearing;

(4) Defendant has consented to the aforementioned continuance; and

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 25th day of May, 2011,

ORDERED that this action be, and hereby is, continued for a period of 45 days from May 25, 2011, to July 8, 2011; and it is further

ORDERED that the period from May 25, 2011, through July 8, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLAS ARPERT
United States Magistrate Judge

-2-

Form and entry
consented to:

_____
JOHN E. CLABBY
Assistant U.S. Attorney

_____
Charles Waldron, Esq.
Counsel for defendant Luis Villafane

-3-